# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

DeLaurence Robinson    #R20751
Plaintiff

vs.                                Case No. _____

Lt. D. Scrogum
Lt. S. Prentice
C/O J. Garcia
C/O D. Stroh
C/O Ramsey
Defendant(s)

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, DeLaurence Robinson and states as follows:

My current address is: Pontiac Correctional Center P.O. Box 99 Pontiac, Illinois 61764

The defendant D. Scrogum, is employed as Lt. 7-3 Shift at Pontiac C.C. P.O. Box 99 Pontiac, Il. 61764

The defendant S. Prentice, is employed as Lt. 7-3 Shift at Pontiac C.C. P.O. Box 99 Pontiac, Il 617_

#1

The defendant _J. Garcia_, is employed as _C/O 7-3 Shift_ at _Pontiac C.C. P.O. Box 99 Pontiac, Il 61264_

The defendant _O. Stroh_, is employed as _C/O 7-3 Shift_ at _Pontiac C.C. P.O. Box 99 Pontiac, Il 61?_

(revised 9/96)

The defendant _Ramsey_, is employed as _C/O 7-3 Shift_ at _Pontiac C.C. P.O. Box 99 Pontiac, Il 61?_

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☑

If yes, please describe _____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
   Yes ☐   No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

   2. Court (if federal court, give name of district; if state court, give name of county)

#2

3. Docket Number/Judge

_____

4. Basic claim made

_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it     still pending?)

_____

6. Approximate date of filing of lawsuit_____

7. Approximate date of disposition

_____

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐   If your answer is no, explain why not

_____

_____

C. Is the grievance process completed?   Yes ☒   No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

H 2

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

1. Plaintiff sent grievance to grievance officer, dated 9/6/11.
2. Grievance officer failed to remedy the wrong.
3. Sent Grievance to Springfield, and receive no help.
4. Attached to this complaint is disciplinary write ups and written Grievance
5. Attached is (Exhibit #1). (Exhibit #2)

N-140

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Disciplinary Report**

Date: 8/6/11
Facility: Pontiac C.C.

Type of Report: ☒ Disciplinary  ☐ Investigative

Offender Name: Robinson     Ex A     ID #: R20751

Observation Date: 8/6/11   Approximate Time: 1:55 ☐a.m. ☒p.m.   Location: E.C.H. Holding tank

Offense(s): DR 504: 601 Attempt    102: Assaulting any person

Observation: On the above date and approximate time while escorting Offender Robinson to his cell Offender Robinson jerk away from this R/o and then lunged at this R/o attempting to throw his shoulder into this R/o. Offender Robinson (R20751) was ID by master gallery chart, face, and state ID. E.O.R.

Witness(es): C/O Ramsey, C/O Stroh, Lt Prentice

Reporting Employee: J Harris   Badge #: 4314   Date: 8/6/11   Time: 2:35

**Disciplinary Action:**

Shift Review: ☐ Temporary Confinement  ☒ Investigative Status

Reviewing Officer's Decision:
☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

Print Reviewing Officer's Name and Badge: MAJOR WHEAT #742    Date: 8-6-11

☒ Hearing Investigator's Review Required    Date: 8/9/11

Print Hearing Investigator's Name and Badge #: 5410

Serving Employee: Ruiz    Badge #: 8815    Date Served: 8/9/11   Time Served: 6:00

☒ Check if offender refused to sign  —  Received Copy

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Disciplinary Report

Type of Report: [ ] Disciplinary

Facility: _____

Offender Name: Robinson    Ex. B    ID #: R20751

Observation Date: 8-6-11   Approximate Time: 155   [ ] am [ ] pm   Location: _____

Offense(s) DR 504: 601/102 Alt ___ assault ___

Observation (NOTE: Each offense identified above must be substantiated.):
On the above date and approx. time while this I/O was escorting, I/m Robinson (R20751 E100S) to the NRH cell, the I/m refused to walk. I/m Robinson attempted to bite this I/O in the left shin. This I/O placed I/m Robinson on the ground so he wouldn't attempt to bite this I/O again. I/m Robinson was placed in the NRH holding tank and seen by Med tech. I/m Robinson was utilized ___ Non-O and I/m ___

Witness(es): Lt Rentro, Sgt Garcia

[ ] Check if Offender Disciplinary Investigation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

Reporting Employee (Print Name): C/O Sirda    Badge #: 3407    Signature: _____    Date: 8-6-11    Time: 215  [ ] am [X] pm

## Disciplinary Action:

**Shift Review:** [ ] Temporary Confinement  [X] Investigative Status   Reasons: _____

Printed Name and Badge #: _____   Shift Supervisor's Signature: _____   Date: _____

**Reviewing Officer's Decision:** [ ] Confinement reviewed by Reviewing Officer   Comments: _____
[X] Major Infraction, submitted for Hearing Investigator if necessary and to Adjustment Committee
[ ] Minor Infraction, submitted to Program Unit

Print Reviewing Officer's Name and Badge #: Major Wheat #242    Reviewing Officer's Signature: _____    Date: 8-6-11

[X] Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only)

Print Hearing Investigator's Name and Badge #: _____    Hearing Investigator's Signature: _____   Date: _____

### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate section of this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if necessary. You are entitled to a reasonable extension of time to prepare for your hearing.

[X] Check if offender refused to sign    Offender Signature: Refused Copy    ID #: _____

Serving Employee (Print Name): _____    Badge #: 6811    Signature: _____

Date Served: 8/9/11    Time Served: _____

[ ] I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature: _____   ID #: _____

---

(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

Date of Disciplinary Report: _____   Offender's name: _____   ID #: _____

I am requesting that the Adjustment Committee or Program Unit consider calling the following witness(es) from the Disciplinary Report of the above date.

Print Name of Witness: _____   Witness Badge or ID #: _____   Assigned Cell (if applicable): _____   Unit (if applicable): _____

Witness can testify to: _____

Print Name of Witness: _____   Witness Badge or ID #: _____   Assigned Cell (if applicable): _____   Unit (if applicable): _____

Witness can testify to: _____

Page ___ of ___

Distribution - Master File

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Disciplinary Report

Type of Report: Disciplinary

Offender Name: Robinson  EX 6  ID #: [illegible]

Observation Date: 4/16/11  Approximate Time: 5:25 pm  Location: [illegible]

Offense(s): DR 504: 601 / 102 [illegible]

**Observation:** On the above date and approx time I, Lt [illegible] was called by Lt Prentice to assist with inmate Robinson R80751 who was being combative while being escorted to North Segregation. Inm Robinson attempted to spit on staff. The Lt placed Robinson on the ground. I learned to bring a spit hood. When spit hood was placed on, I Lt [illegible] escorting Robinson by walking him (he refused to walk). Inm Robinson attempted to bite this Lt on his right leg. This Lt placed Robinson on the ground again. Inm Robinson injured his fore head on the sidewalk. The Lt Lt [illegible] escorted and placed in North Gallery holding tank. This Lt called down Nurse [illegible] to see inmate Robinson. This Lt did not see any injuries apparent. Inm Eddy on site.

Reporting Employee: Lt D. Slocum  Badge # 3364  Signature: [signature]  Date: 4/16/11  Time: 6:15 pm

### Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement  ☒ Investigative Status  Reasons: ___

Printed Name and Badge #: ___
Shift Supervisor's Signature: ___  Date: ___

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer  Comment: ___

☒ Major Infraction, submitted to Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

Print Reviewing Officer's Name and Badge #: Major Wright #243
Reviewing Officer's Signature: [signature]  Date: 8/6/11

☒ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only)

Print Hearing Investigator's Name and Badge #: [illegible]
Hearing Investigator's Signature: [signature]  Date: [illegible]

### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports
You have the right to appear and present a written or oral statement or explanation concerning the charges [illegible] as records or documents.

### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify [illegible]

☒ Check if offender refused to sign  Received Copy
Offender's Signature: ___  ID #: ___

Serving Employee (Print Name): Harris  Badge #: 6615  Signature: ___

Date Served: 8/9/11  Time Served: [illegible]

☐ Offender agrees to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature: ___  ID #: ___

(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

Date of Disciplinary Report: ___  Print offender's name: ___  ID #: ___

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date.

Print Name of Witness: ___  Witness's Badge or ID #: ___  Assigned Cell (if applicable): ___

Witness can testify to: ___

Print Name of Witness: ___  Witness's Badge or ID #: ___  Assigned Cell (if applicable): ___

Witness can testify to: ___

Distribution - Master File  Page ___ of ___

*Exhibit #1*

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

Date: 9/6/11  Offender (Please Print): DeLaurence Robinson  ID#: R20751

Present Facility: Pontiac C.C.  Facility where grievance issue occurred: Pontiac, C.C.

**NATURE OF GRIEVANCE:**
- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): ___

- [x] Disciplinary Report: 8/6/11  Pontiac Corr. Center
     Date of Report   Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I would like to address the faulty disciplinary reports I received 8/6/11 and also how I believe the summary report I received from the Adjustment Committee is not fully explaining what I said at the hearing and the decision that was made punishment wise was too excessive for someone who not only has attempt assault but doesn't have anything in my background dealing with any type of →

**Relief Requested:** I would like these tickets to be looked into. I would like a cut due to these actions not being in my background and the time being excessive and I also → pgc

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ _____ ___/___/___
Offender's Signature  ID#  Date
(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____ _____ ___/___/___
Print Counselor's Name  Counselor's Signature  Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___  Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ ___/___/___
Chief Administrative Officer's Signature  Date

Distribution: Master File; Offender  Page 1  DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper


#8

assaults.

Now, these charges happened all on the same day within about 15 minutes of each other. Ticket #1 was written by C/O Joseph Garcia EXA. I was taken out of my cell to do a compliance check. I had words with Lt. Prentice about constanly stripping me out and making me do compliance checks all the time. I told her to stop harassing me about property that the property room sends me. I was going through my property when Lt. Prentice told me I had 30 minutes to get my stuff in compliance. I told her it was noway I would be done in 30 minutes. Lt. Prentice threated to strip me out because she felt I wasn't moving fast enough. I let her know I needed to atleast 2:00pm and I will be done. She told me no and told me to cuff up which I did. I also let the C/O Ramsey put the lead chain on me so I had no attention to try or do any damage to any of the staff. Once I came out the holding cage I went to go upstairs to my cell in 10 gallery which was 1005. Now I never had any intention to make it look like I was jerking away and nobody told me that I was being moved to 1 gallery behind the door this was Lt. Prentice doing just because she can and doesnt like me. So when I went to go upstairs I was ynnked by the C/O to stop me and I lost my footing and was falling back almost hitting C/O Garcia in the chest. C/O Garcia moved out the way and I hit the cage with my back. I was then wrestled down when the C/O's became real aggressive and started to put there knees in my side and on the back of my neck. My shoes was taken and my ankles were cuffed. Lt. Prentice came up to me and put her boot on top of my face and said "see Mr. Robinson all this could have been avoided if you just stop talking shit" I started to yell for her to take her boot off my face. I was then snatched up where I was carried by 3 C/O's Garcia, Ramsey, and Stroh.

As, I was being carried to the North Hse. I was dropped on the ground where I was out of view and I was being smashed on the concrete by C/O Stroh who was in my ear saying nasty racial things. C/O Stroh wrote ticket #2. I never onced tried to bite C/O Stroh left shin like he reports see Ex. B How can I even reach his left shin if I was being carried. It doesn't make any sense. It's impossible for me to bite his left shin if I'm being carried. And think about this If I'm trying to bite his shin, why didn't he put me on the ground and wait for a spit hood. It shows that this is a flat out lie I can't reach his left shin or even his leg for that matter. After, I was done getting a beating from the East House Staff. I was then handed over to Lt. Scrogum and some staff from the North House. Lt. Scrogum wrote ticket #3. If you look at Ex. B you will also see that his ticket is not only all over the place it's highly unlikely for me to do any harm to him. Now, Lt. Scrogum said that he was called that I was being combative while being escorted to the North House and I attempted to spit on staff. If you look at Ex. A & B neither one of these C/O's reported that I tried to spit on them. Thats Lt. Scrogums first lie. Lt. Scrogum, had the C/O's drop me on the ground where I was kicked in the jaw, kneed in the back and sides, and dragged across the ground. I was bleeding from being dropped on the ground and it was a spit hood placed on my head. I was then snatched up and being carried. Now, looking at Ex. C Lt. Scrogum said I attempted to bite his leg with the spit hood on. Now, please lets be realistic how can I reach his leg or even bite his leg with a spit hood on, another lie that I'm being punished for. You will also see that Lt. Scrogum does not have any witness who supposedly saw me try to bite him.

I would like for this clear violation on the staff misconduct 01.12.102 of the Department Rules and Administrative Directives. Excessive force was used on Seg Inmate who didn't pose any threat to staff and who was injured during actions by staff. I actually do not feel safe around Lt. Scrogum who had a hand in conducting and unleashing a blanket party without a blanket on grievant. I also would like to let it be known that I want to put the following people on my enemy list because I feel that if they don't have a problem jumping me with cuffs and shackles on they don't have a problem with beating me to death. (Enemy List - Lt. Prentice, Lt. Scrogum, C/O J. Garcia, C/O D. Stroh, C/O C. Ramsey)
Thank you.


Relief Requested Cont. would like staff members put on my enemy list due to the excessive force and racial words used toward this Seg. Inmate.

#11

This 42 U.S.C. 1983 Complaint Pursuant To Civil Rights Act By Plaintiff, DeLaurence Robinson #R20751 A Prisoner Incarcerated In The Illinois Department Of Corrections. Plaintiff, Seeks Compensatory Damages And Punitive Damages For Violations Of My Constitutional Rights. Plaintiff, States That On Aug. 6th, 2011 That The 5 Named Defendants In Their Individual And Official Capacity Under The Color Of Law For The Violations Of My Constitutional Rights Being My 8th Amendment Cruel And Unusual Punishment, Where Defendants Applied Excessive Force Not In Good Faith Effort To Maintain Or Restore Discipline And Used Excessive Force With Malicous And Sadistic Intent To Cause Harm To Inmate. 14th Amendment For Due Process Was Violated When Staff Failed To Take Reasonable Steps To Protect This Seg. Inmate; 14th Amendment Equal Protection Of Law Was Violated When Defendants Let Emotions Overtake Them To Cause Them To Use Malicous And Sadistic Reasoning To Cause Harm And Discriminate By Using Plaintiff Race To Inflict Injury. 1st Amendment Was Violated When Defendants Retaliated Against Plaintiff For His Filing Of Past Grievances Labeling Plaintiff A Jailhouse Lawyer Prick.

#12

That Plaintiff Was Denied Medical Treatment By Medical Staff Deliberate Indifference. The 5 Named Defendants Participated In The Violation Of My 14th Amendment, 8th Amendment, And 1st Amendment; Equal Protection Of Law, Failure To Protect, Retaliation, Excessive Force, And Cruel And Unusual Punishment.

(FACTUAL ALLEGATIONS)

1.) On Aug. 6th/2011, I Was Sitting In Cell 1005 East Cell Hse, Lt. Prentice Walked The Gallery And Stopped At My Cell And Asked If I Was Watching Her Ass, And If I Needed To Be Stripped Out [Refering To All My Property Being Taken From My Cell]. 2.) Lt. Prentice Ordered C/O Garcia To Cuff Me And Take Me Downstairs To Go Through My Property For A Compliance Check. 3.) Plaintiff, Was Placed In Holding Cell With Property. 4.) Lt. Prentice Told Me To Get All My Shit In Compliance Or Be Stripped Out. 5.) Plaintiff, Asked Lt. Prentice Why Was She Constantly Harassing Me Over Nothing. 6.) Lt. Prentice Told Me She Doesnt Like My Black Ass Because I'm A

#13

Grievance Filing So Of A Bitch And She Doesn't Like Me Watching Her Ass. 7.) C/O's J. Garcia, Ramsey, And D. Stroh Begin To Chime In Calling Me A Jailhouse Lawyer Prick, Snitch And Telling Me That I Dont Have Respect For Authority. 8.) Plaintiff, Was Getting Property Organized, Lt. Prentice Told Me That I Had 30 Minutes To Finish. 9.) Plaintiff, Let Lt. Prentice Know It's Impossible To Finish In That Little Of Time, Considering The Amount Of Property I Had. 10.) Lt. Prentice, Told Plaintiff To Cuff The Fuck Up And I Did Obey This Direct Order. 11.) Plaintiff, Allowed C/O Ramsey To Cuff Him And Place Lead Chain On [Lead Chain That Extend From Handcuffs]. 12.) As Plaintiff Was Walking Pass Lt. Prentice, Lt. Prentice Told Me That My Black Ass Will Learn. 13.) Plaintiff, Was On The 2nd Step When Lead Chain Was Yanked Hard Making Plaintiff Lose Balance. 14.) Plaintiffs, Back And Head Was Slammed On Cage. 15.) Plaintiff, Was Excessively Forced To The Floor Without Resistance 16.) C/O's Garcia, Stroh, And Ramsey Used Excessive

#14

Force With Malice Intention By Putting Knees In My Back And Yanking The Cuffs, Striking Me In The Head. 17.) Lt. Prentice Placed Her Foot On Uncombative Plaintiffs Face Pressing Down Squishing Face And Said She Told Me About Watching Her Ass And Talking Shit. 18.) My Shoes Were Snatched Off And I Was Shackled By The Ankles. 19.) These C/O's Dragged Me Not Allowing Me To Walk. 20.) While Being Dragged To The North Cell Hse, I Was Picked Up And Dropped Numerous Times And This Malicous And Sadistic Treatment Continued Without Plaintiff Being Combative. 20.) Plaintiff, Was Face Down Shackled And C/O Stroh Put His Knee In The Back Of My Neck And Asked Me If My Nigger Ass Like Looking At White Women And Told Me My Monkey Ass Can Stare At The Ground. 22.) I, Was Snatched Up And Was Dragged, Punched Again And Again By These C/O's. 23.) Lt. Scrogum Walked Up And Told The C/O's To Drop My Black Ass Right There [Pointing Right In Front of His Feet]. 24.) I Was Dropped Again Where I Was

#15

kicked in the south drop cell across the ground by the shackles and kneed in the back again. 25.) Lt. Scrogum told me he is the boss and he runs shit, and he doesnt care how many grievances I file because they mean nothing to him. 26.) Lt. Scrogum told the C/O's he will help carry me to the North Cell Hse. 27.) While being carried I was being punched in the side and stomach by Lt. Scrogum. 28.) Due to the excruciating pain of the punches it caused me to break wind, and deficate. 29.) I was dropped by the C/O's J. Garcia, Ramsey, D. Stroh, and Lt. Scrogum causing my head to split [See Exhibit #1]. 30.) Lt. Scrogum told the C/O's to wait on the spit hood 'cause he didnt want my nigger ass dripping blood everywhere. 31.) Plaintiff, was cuffed to wall in North Cell Hse Building Holding Tank, where Med Tech Nemergut come and said since he's alive he'll be fine. 32.) Lt. Scrogum told the Med Tech that I split my head on the ground. 33.) Med Tech was called

#16

But Plaintiff Received No Medical Treatment. 34.) Plaintiff, Tried To Get Medical Treatment The Next Day But Was Unsuccessful. 35.) When Plaintiff, Findly Was Called To Health Care About Injuries That Were Suffered From The Malicous And Sadistic Treatment By Defendants, Plaintiff Was Told There Was Nothing They Could Do. 36.) Plaintiff, Still Suffers Pain From Injuries From Aug. 6th/2011. 37.) This Malicious And Sadistic Treatment Has Caused Plaintiff To Suffer Mentally And Physically. 38.) The 5 Named Defendants Conducted Theirself In A Unprofessional Manner Showing Reckless Disregard To Plaintiffs Health, Mentally And Physically. 39.) These Defendants Applied Excessive Force Not In Good Faith To Maintain Order Or Restore Discipline. 40.) These Defendants Used Excessive Force With Malicous And Sadistic Intent To Cause Harm To Plaintiff. 41.) These Defendants Threw The Rules And Safety Out Of The Window And Retaliated Against Plaintiff Due To Past Grievances I Have Filed On Pontiac C.C. Staff.

#17

## RELIEF REQUESTED

(State exactly what relief you want from the court.)

Compensatory Damages In The Amount Of $150,000 Punitive Damages In The Amount Of $150,000 That Each Defendant In Their Individual And Official Capacity Named In This 42 U.S.C. 1983 Award Me $60,000 Compensatory Damages And $60,000 Punitive Damages. Such Other And Additional Relief This Honorable Court Deem Just And Proper

**JURY DEMAND**    Yes ☑   No ☐

Signed this 21 day of June, 2013.

( Signature of Plaintiff)

Name of Plaintiff: DeLaurence Robinson

Inmate Identification Number: R20751

Address: P.O. Box 99 Pontiac, Il 61764

Telephone Number:

#18