IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DeLAURENCE ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 13-1282 |
| | ) |
| SCROGUM, et al., | ) |
| | ) |
| Defendants. | ) |

**ANSWER TO PLAINTIFF'S COMPLAINT**

NOW COME Defendants JOSEPH GARCIA, SUSAN PRENTICE, CLINT RAMSEY, DALE SCROGUM, and DAVID STROH, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby file their Answer and Affirmative Defenses to Plaintiff's Complaint, stating as follows:

**ALLEGATIONS ENUMERATED IN COURT ORDER DATED OCTOBER 22, 2013**

1) Pursuant to its merit review of the Complaint under 28 U.S.C. § 1915A, the Court finds that Plaintiff alleges a claim of excessive force against Defendants Scrogum, Prentice, Garcia, Stroh and Ramsey.

**ANSWER**: Defendants deny violating Plaintiff's Eighth Amendment Rights, and further deny any constitutional violation whatsoever.

2) Pursuant to its merit review of the Complaint under 28 U.S.C. § 1915A, the Court finds that Plaintiff alleges a claim of retaliation against Defendants Scrogum, Prentice, Garcia, Stroh and Ramsey.

**ANSWER**: Defendants deny violating Plaintiff's First Amendment Rights, and further deny any constitutional violation whatsoever.

## JURY DEMAND

Defendants demand a trial by jury in this matter.

## RELIEF REQUESTED

Defendants deny that Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1) At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established constitutional or statutory rights of which a reasonable person would have known. Defendants are, therefore, protected from suit by the doctrine of qualified immunity.

2) Plaintiff is barred from recovery for mental or emotional injuries without a prior showing of physical injury. 42 U.S.C. § 1997e(e).

3) To the extent Plaintiff has failed to exhaust his administrative remedies prior to the initiation of this cause of action, Plaintiff's claim is barred by the Prisoner Litigation Reform Act (42 U.S.C. § 1997).

    Respectfully submitted,

    JOSEPH GARCIA, SUSAN PRENTICE, CLINT RAMSEY, DALE SCROGUM, and DAVID STROH,

        Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois

By:   s/Christopher L. Higgerson
    Christopher L. Higgerson, #6256085
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois   62706
    (217) 782-9014   Phone
    (217) 782-8767   Fax
    E-Mail:   chiggerson@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DeLAURENCE ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 13-1282 |
| | ) | |
| SCROGUM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 20, 2013, the foregoing document, *Answer to Plaintiff's Complaint*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    None

and I hereby certify that on the same date, a copy of the foregoing document was mailed by United States Postal Service, to the following non-registered participant(s):

    DeLaurence Robinson, R20751
    Pontiac Correctional Center
    Post Office Box 99
    Pontiac, Illinois   61764

    Respectfully Submitted,

      s/ Christopher L. Higgerson
    Christopher L. Higgerson, #6256085
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois   62706
    (217) 782-9014   Phone
    (217) 782-8767   Fax
    E-Mail:   chiggerson@atg.state.il.us